IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK WAYNE STIFFLER,          , | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| ENCORE RECEIVABLE MANAGEMENT, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant Encore Receivable Management, Inc.("Encore"), by its undersigned counsel,

hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(b):

1.      Encore is a defendant in an action pending in the Commonwealth of

Pennsylvania, Court of Common Pleas of Cambria County, Civil Action - Law, No. 2009-2088

("the State Court Action").  A true and correct copy of the Complaint in the State Court Action is

attached hereto as Exhibit "A".

2.      Plaintiff in the State Court Action is Mark Wayne Stiffler ("plaintiff").  See

Exhibit "A".

3.      Plaintiff's State Court Action alleges violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §§ 1692, et seq.

4.      The State Court Action involves a question of federal law.  Pursuant to 28 U.S.C.

§ 1441(b), "Any civil action of which the district court shall have original jurisdiction founded

on a claim or right arising under . . . the laws of the United States shall be removable."

5.      Since this case arises out of an alleged violation of the Fair Debt Collection

Practices Act, 15 U.S.C. §§ 1692, et seq., this Court may properly remove the State Court Action

based on 28 U.S.C. § 1441(b).

6.    This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Encore.

WHEREFORE, defendant Encore Receivable Management, Inc., prays that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Cambria County, Civil Action - Law, No. 2009-2088, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By _____/s/ Lee Applebaum_____
LEE APPLEBAUM, ESQUIRE (PA No. 51646)
Mellon Bank Center
1735 Market Street, Suite 600
Philadelphia, PA  19103-7513
(v) 215-893-9300; (f) 215-893-8719
e-mail: lapplebaum@finemanlawfirm.com
Attorneys for Defendant

Dated: _____May 13, 2009_

# CERTIFICATE OF SERVICE

I, LEE APPLEBAUM, ESQUIRE, hereby certify that on this date I served a true and

correct copy of the foregoing Notice of Removal electronically or by first class mail, postage

prepaid, on the following:

> James Vincent Natale, Esquire
> Harold Shepley & Associates, LLC
> 209 West Patriot Street
> Somerset, PA  15501
> (v) 814-444-0500
>         Attorneys for Plaintiffs
>
> Prothonotary of Cambria County
> Cambria County Courthouse
> 200 South Center Street
> Ebensburg, PA  15931

                   /s/ Lee Applebaum
                   LEE APPLEBAUM, ESQUIRE

Dated: _____May 13, 2009_____

{00219163;v1}3