IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK WAYNE STIFFLER | : | |
|     Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | NO. 3:09-cv-00127-KRG |
| | : | |
| ENCORE RECEIVABLE MANAGEMENT, INC. | : | |
|     Defendant | : | |

**STIPULATION OF DISMISSAL**

TO THE CLERK OF COURTS:

    Kindly mark the above-referenced suit as SETTLED and DISMISSED, with prejudice.

    Respectfully submitted,

    /s/ James Vincent Natale
    James Vincent Natale, Esquire
    PA 208790
    Harold Shepley & Assoc., LLC
    209 West Patriot St.
    Somerset, PA 15501
    (814) 444-0500
    Attorney for Plaintiff

    FINEMAN KREKSTEIN & HARRIS, P.C.

By    /S/ Richard J. Perr
    RICHARD J. PERR, ESQUIRED (PA 72883)
    Mellon Bank Center
    1735 Market Street, Suite 600
    Philadelphia, PA 19103-7513
    (v) 215-893-9300; (f) 215-893-8719
    Email: rperr@finemanlawfirm.com
    Attorneys for Defendant